UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR06-130-JCC |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| STEVEN LEROY BALDWIN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 10, 2009. The United States was represented by Assistant United States Attorney Karyn S. Johnson, and the defendant by Carol A. Koller. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conveying False Information Regarding Explosives, in violation of 18 U.S.C. § 844(c), and Threats Against the President, in violation of 18 U.S.C. § 871. On or about August 24, 2006, defendant was sentenced by the Honorable John C. Coughenour to a term of five years probation.

In addition to the standard conditions of supervised release, which includes

compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, participation in substance-abuse and mental health programs, financial disclosure, four months home confinement; abstain from alcohol, prohibited from entering any establishment where alcohol is the primary commodity for sale, submit to search, no new credit, all of inspection of computer, and notify probation of all computer software owned.

In a Petition for Warrant or Summons for Offender Under Supervision dated August 10, 2009, Andrea G. Porter, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Using marijuana on or before October 2, 2006, in violation of standard conditions #7.

(2) Using marijuana on or before January 20, 2009, in violation of standard conditions #7.

(3) Failing to participate in mental health treatment as directed, in violation of special condition that he participate in mental health treatment.

(4) Possessing a dangerous weapon on or about August 7, 2009, in violation of the special condition that he not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

(5) Possessing drug paraphernalia on or about August 7, 2009, in violation of standard condition #7.

(6) Using alcohol in or about August 2009, in violation of the special condition that he abstain from the use of alcohol.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to violations 1, 2, 3, 5 and 6, and waived any rights to an evidentiary hearing as to whether they occurred. Alleged violation 4 was dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1, 2, 3, 5 and 6, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on August 20, 2009 at 9:00 a.m.

Defendant was remanded into custody and a detention hearing is pending.

. DATED this 10th day of August, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: The Hon. John C. Coughenour
AUSA: Ms. Karyn S. Johnson
Defendant's attorney: Ms. Carol A. Koller
Probation officer: Ms. Andrea G. Porter