UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN LEROY BALDWIN,

    Defendant.

Case No. CR06-130-JCC

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 22, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Matthew Pittman, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Leona Nguyen. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on August 24, 2006, by the Honorable John C. Coughenour for Conveying False Information regarding Explosives and Threats Against the President. He received 5 years of probation.

On February 5, 2010, the Court revoked Mr. Baldwin's probation after he admitted to using marijuana on two separate occasions, failing to participate in mental health treatment, possessing

drug paraphernalia, and using alcohol.. The Court sentenced him to 8 days (credit for time served), followed by a 3 year term of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 19, 2011, U.S. Probation Officer Carol A. Chavez alleged that defendant violated the following conditions of supervised release:

1. Failing to participate in mental health treatment as directed, in violation of a special condition.

2. Failure to submit monthly reports for the months of July, august, September, October, and November 2011, in violation of standard condition number 2.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on January 13, 2012, at 9:00 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 22nd day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge